IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
99 APR -6 PM 3:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
APR - 6 1999

SPENCER CURRY, )
)
      Plaintiff, )
)
vs. ) CV 97-AR-2725-E
)
BRUCE BARCLIFT, )
)
      Defendant. )

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 15, 1999, recommending that the defendant's motion for summary judgment be granted and that this cause be dismissed with prejudice. On March 29, 1999, plaintiff filed an "affidavit" (Document #15), which the court will construe as objections to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendant is entitled to judgment as a matter of law. Accordingly, defendant's motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the 6\_ day of \_\_April\_\_, 1999.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE